

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00738-CV

**IN RE JJH, A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02764
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On December 11, 2018, appellant's brief was filed. The brief violates Rule 9.8(b) of the Texas Rules of Appellate Procedure because the order of termination contained in the appendix to the brief does not redact the minor's name. *See* TEX. R. APP. P. 9.8(b). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief containing a redacted order in the appendix no later than ten days from the date of this order. Because appellee has been served with a copy of the brief, this order does not affect the deadline for filing of the appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court